UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JOSEPH NEUMEYER,<br><br>                Defendant. | Case No. 1:25-mj-00195-PK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Matthew Jacobs, an attorney duly admitted to practice in this Court, hereby appears as counsel of record for all purposes on behalf of Joseph Neumeyer, defendant in the above-captioned matter.

Dated: June 5, 2025
       Westlake Village, California

Respectfully submitted,

**THE JACOBS LAW FIRM, PC**

_____
Matthew Jacobs
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Tel: 805-601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendant Joseph Neumeyer*